AO 93 (Rev. 11/13) Search and Seizure Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2017 NOV 17 P 1:50

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IPHONE 6S, MODEL A1687<br>IMEI: 358605070405364 | )<br>)<br>)  Case No.  1:17sw734<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Virginia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before   November 15, 2017   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   The Honorable Theresa Carroll Buchanan   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/1/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state:   Alexandria, Virginia           Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:17sw734 | Date and time warrant executed:<br>11/01/2017  8:00 PM | Copy of warrant and inventory left with:<br>DEVICE |
| Inventory made in the presence of:<br>SA M FERNALD |||
| Inventory of the property taken and name of any person(s) seized:<br><br>DEVICE WAS LOCKED, SENT TO PRIVATE COMPANY ON 11/9/2017, RETURNED 11/16/2017. DATA FROM DEVICE AND REMOVEABLE MEDIA RECOVERED. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/17/2017

_____
Executing officer's signature

MICHAEL FERNALD, SA
_____
Printed name and title

## **ATTACHMENT A**

The property to be searched is listed below (hereinafter referred to as "the Device"). The Device is currently located in the ATF Falls Church II evidence locker, which is located at 7799 Leesburg Pike, Falls Church, Virginia 22043, which is within the Eastern District of Virginia. The Device is an Apple iPhone 6s, Model: 1687 with IMEI 358605070405364

The applied-for warrant would authorize the forensic examination of the Device for the purpose of identifying electronically stored data particularly described in Attachment B.

## **ATTACHMENT B**

1. All records on the Devices described in Attachment A that relate to violations of Title 21, United States Code, Sections 841(a)(1) and 846 (conspiracy to distribute controlled substances), and involve Robert Evans, including:

   a. any conversations, whether through text messages or other applications, where Robert Evans discusses controlled substances or firearms;

   b. lists of customers and related identifying information;

   c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   e. any information related to sources or purchases of firearms;

   f. any photographs of controlled substances or firearms; and

   g. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.